UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRUSTEES OF THE I.U.O.E. LOCAL 478 ANNUITY FUND, TRUSTEES OF THE OPERATING ENGINEERS LOCAL 478 TRAINING AND SKILL IMPROVEMENT FUND, TRUSTEES OF THE I.U.O.E. LOCAL NO. 478 HEALTH BENEFITS FUND, TRUSTEES OF THE I.U.O.E. LOCAL 478 PENSION FUND, TRUSTEES OF THE I.U.O.E. LOCAL 478 SUPPLEMENTAL UNEMPLOYMENT BENEFITS FUND AND I.U.O.E. LOCAL 478<br><br>    Plaintiffs<br><br>vs.<br><br>JOHNNY'S PLOWING & SWEEPING, LLC<br><br>    Defendant | CIVIL ACTION NO.<br><br><br><br><br><br><br><br><br><br>September 25, 2017 |

## COMPLAINT

**PARTIES**

1.    Plaintiffs Trustees of the I.U.O.E. Local 478 Annuity Fund, Trustees of the Operating Engineers Local 478 Training and Skill Improvement Fund, Trustees of the I.U.O.E. Local No. 478 Health Benefits Fund, Trustees of the I.U.O.E. Local 478 Pension Fund, Trustees of the I.U.O.E. Local 478 Supplemental Unemployment Benefits Fund (hereinafter "Funds"); are Trustees of a multi-employer employee benefit plan as those terms are defined in Sections 3(3) and 3(37) of the Employee

Retirement Income Security Act of 1974, hereinafter "ERISA," 29 U.S.C. Sections 1002(3) and (37).  The Funds are established and maintained by a Restated Agreement and Declaration of Trust and by a Collective Bargaining Agreement between I.U.O.E. Local 478 Trust Funds and Defendant, Johnny's Plowing & Sweeping, LLC (hereinafter referred to as "Johnny's Plowing").  The Funds are administered at 1965 Dixwell Avenue, Hamden, Connecticut 06514.

2. I.U.O.E. Local 478 is a labor organization within the meaning of Section 2(5) of the National Labor Relations Act, 29 U.S.C. Section 152(5).

3. Defendant Johnny's Plowing is a company that does business in the State of Connecticut, with a business address located at 14 Bonvicini Drive, Torrington, CT 06790.  Johnny's Plowing transacted business in the State of Connecticut as a contractor or subcontractor in the construction industry and at all times herein was an "employer in an industry affecting commerce" as defined in Sections 501(l), (3) and 2(2) of the Labor-Management Relations Act ("LMRA"), 29 U.S.C. Sections 142(l), (3) and 152(2); Sections 3(5), (9), (11), (12) and (14) of ERISA, 29 U.S.C. Sections 1002(5), (9), (11), (12) and (14); and Section 3 of the Multi-Employer Pension Plan Amendments Act of 1980, 29 U.S.C. Section 1001(a).

**JURISDICTION AND VENUE**

4. This Court has jurisdiction of this action under Sections 502 and 515 of ERISA, 29 U.S.C. Sections 1132 and 1145, and under Section 301 of the LMRA, 29 U.S.C. Section 185(a).  This is an action for breach of a Collective Bargaining

Agreement between an employer and a labor organization representing employees in an industry affecting commerce, and an action to collect contributions due to an employee benefit plan under the terms of the Collective Bargaining Agreement.

5. Defendant Johnny's Plowing entered into a Collective Bargaining Agreement with I.U.O.E. Local 478 Trust Funds, establishing the terms and conditions of employment for employees of the Defendant.

6. Pursuant to the Collective Bargaining Agreement, Defendant Johnny's Plowing is required to pay to the Funds certain sums of money for each hour worked by employees of Johnny's Plowing, covered by the Collective Bargaining Agreement.

7. Upon information and belief, Johnny's Plowing employed certain employees covered under the Collective Bargaining Agreement throughout the relevant period of August 2016 through the present.

8. Upon information and belief, Johnny's Plowing failed to make full contributions due to the Funds for work performed at Johnny's Plowing's request, for the months of August 2016 through the present.

9. Defendant Johnny's Plowing failed to submit remittance reports for the months of May 2017 through the present; therefore, the total amount due for these months is unknown. However, it is *estimated* that Defendant Johnny's Plowing owes *$ 17,142.09* per month to the Funds. Discovery may prove the actual dollar amount owed to these Funds to be more or less than the aforementioned estimated figure. In addition, to the extent Johnny's Plowing continues to utilize collective

bargaining unit employees, Johnny's Plowing delinquencies to all Funds will continue to accumulate during the pendency of this lawsuit. Pursuant to the terms of the Collective Bargaining Agreement, Defendant Johnny's Plowing is obligated to pay such contributions owed to the Funds.

10.   Pursuant to 29 U.S.C. 1132 (g)(2), Johnny's Plowing, is liable to the Plaintiffs for the unpaid contributions, interest on the unpaid contributions, an amount equal to the greater of (a) interest on the unpaid contributions, or (b) liquidated damages provided for in the Plan, reasonable attorney's fees, costs of this action, and such other legal and equitable relief as the Court deems appropriate.

**WHEREFORE, Plaintiffs pray for judgment as follows:**

A. Ordering Johnny's Plowing to submit the monthly reports and any unpaid contributions for the months of May 2017 through the present.

B. Ordering Johnny's Plowing to submit monthly reports and any unpaid contributions that become due during the pendency of the Complaint until the issuance of a judgment.

C. Ordering Johnny's Plowing to submit payments for contributions discovered as due, through their monthly reporting or otherwise, during the pendency of the Complaint until the issuance of a Judgment.

D. That Johnny's Plowing be required to pay double interest or interest plus liquidated damages on the amount due accrued from the date of the delinquency until the date of payments.

E. That Johnny's Plowing be ordered to pay the reasonable attorney fees and costs incurred by the Plaintiffs.

F.  That Plaintiffs have such other and further relief as the Court may deem just and equitable all at the cost of Johnny's Plowing.

**DATED** at East Hartford, Connecticut, this 25th day of September 2017.

Respectfully submitted,

/s/ Brendan L. Hughes
Brendan L. Hughes, Esq.
ROBERT M. CHEVERIE & ASSOCIATES, P.C.
333 East River Drive, Suite 101
East Hartford, CT  06108
Fed Bar # ct29675
Tele: (860) 290-9610
Fax: (860) 290-9611
E-mail: bhughes@cheverielaw.com

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing Complaint has been served by certified mail, as required by Section 502(h) of the Employee Retirement Income Security Act of 1974, 29 U.S.C. Section 1132(h), this 25th day of September 2017, on the following:

Secretary of the Treasury
INTERNAL REVENUE SERVICE
31 Hopkins Plaza, Suite B2
Baltimore, MD 21201
**Attn:  Employee Plans**

Secretary of Labor
200 Constitution Avenue, N.W.
Washington, D.C.  20210
**Attn:  Assistant Solicitor for Plan
         Benefits Security**

ATTORNEY FOR PLAINTIFFS,

/s/ Brendan L. Hughes
Brendan L. Hughes, Esq.
ROBERT M. CHEVERIE &
ASSOCIATES, P.C.
333 East River Drive, Suite 101
East Hartford, CT  06108
Fed Bar # ct29675
Tele: (860) 290-9610
Fax: (860) 290-9611
E-mail: bhughes@cheverielaw.com